IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-10277
Summary Calendar
_____


WILLIAM EVERETT DEAN,

                                        Plaintiff-Appellant,


                         versus

JIM BOWLES, Sheriff; B. KNOWLS,
Chief; M. HOOKS; DALLAS COUNTY
SHERIFF'S DEPARTMENT,

                                        Defendants-Appellee.

_____

Appeal from the United States District Court for the
Northern District of Texas
USDC No. 3:96-CV-35-P
_____

July 26, 1996

Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]


    William Dean, Texas prisoner # 95095745, has appealed the
dismissal of his civil rights action alleging the denial of his
right of access to the courts.  Because the district court did not
abuse its discretion by so ruling, its judgment is AFFIRMED.  See
Lewis v. Casey, ___ U.S. ___ (June 24, 1996) 1996 WL 340797 *4-5.
The dismissal without service of process on the defendants was not

_____

    [*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

plain error.  See Robertson v. Plano City of Texas, 70 F.3d 21, 23 (5th Cir. 1995).

JUDGMENT AFFIRMED.